**FILED**

OCT 21 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:                    No CV-09-80147 MISC VRW

Hock Loon Yong,
                                     ORDER
　　State Bar No 225497
_____/

　　　　On July 2, 2009, the court issued an order to show cause (OSC) why Hock Loon Yong should not be removed from the roll of attorneys authorized to practice law before this court, based upon his inactive enrollment as a member of the State Bar of California pursuant to Section 6007 of the Business & Professions Code, effective April 14, 2009.

　　　　The OSC was mailed to Mr Yong's address of record with the State Bar on July 2, 2009. A written response was due on or before August 11, 2009. No response to the OSC has been filed as of this date.

　　　　The court now orders Hock Loon Yong removed from the roll of attorneys authorized to practice before this court. The clerk is directed to close the file.

　　　　IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　VAUGHN R WALKER
　　　　　　　　　　　　　　　　　　　　United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In the matter of:

Hock Loon Yong,

Case Number: C09-80147 VRW

**CERTIFICATE OF SERVICE**

_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 21, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Hock Loon Yong
1811 Del Mar Avenue
San Gabriel, CA 91776

Dated: October 21, 2009

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk